## People of the State of Illinois, Defendant in Error, v. August Lockefeer, Plaintiff in Error.

### Gen. No. 40,875. 

 Heard in first division, first district, this court at October term, 1939; opinion filed April 8, 1940. Joseph A. Ricker, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Blair L. Varnes and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."